IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ADISCOV, L.L.C. | § § § | JUDGE DAVID FOLSOM |
| Plaintiff | § § | |
| v. | § § | Case No: 2:07-cv-280-DF |
| KROLL ONTRACK, INC., ENGENIUM CORPORATION, & INTERLEGIS, INC. | § § § § | **JURY TRIAL DEMANDED** |
| Defendants | § § § | |

## ORDER OF DISMISSAL AS TO DEFENDANTS KROLL ONTRACK, INC. AND ENGENIUM CORPORATION

Before the Court is the Joint Motion to Dismiss as to Defendants Kroll Ontrack, Inc. and Engenium Corporation requesting the Court to dismiss all claims asserted by and between Plaintiff Adiscov, L.L.C. and Defendants Kroll and Engenium in the above-identified cause. Finding that all matters in controversy between Adiscov, Kroll and Engenium have been settled and that good cause exists for granting the Joint Motion, it is hereby **ORDERED** that all claims by and between Adiscov, Kroll and Engenium are hereby **DISMISSED** with prejudice, with all costs being taxed against the party incurring the same.

**SIGNED this 31st day of January, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE